**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant
SUTTER TRANSFER SERVICE, INC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
Sirithon Thanasombat, SBN 270201
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
TEL:   415.625.5671
FAX:  415.625.5657
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>v.<br><br>SUTTER TRANSFER SERVICE, INC.<br><br>           Defendant.<br>_____/ | Case No:  2:11-cv-02569-LKK-JFM<br><br>**JOINT STIPULATION AND  ORDER**<br><br>Complaint Filed:  09/29/11 |

On or about September 29, 2011, the U.S. Equal Employment Opportunity Commission (EEOC) filed its Complaint against Sutter Transfer Service, Inc. (STS).  Sutter Transfer Service, Inc. signed the Waiver of the Service of Summons on November 8, 2011.  The last day for Sutter Transfer Service, Inc. to answer or file a motion under Fed. R. Civ. P. 12 is December 5, 2011.  A Status (Pretrial Scheduling) Conference is currently set for December 19, 2011.

On November 9, November 18, and November 30, 2011, both parties conferred over the phone and discussed the possibility of an early settlement. The EEOC currently seeks to determine the scope of these settlement discussions, and has been working with STS to obtain information to make this determination. Sutter Transfer Service, Inc. has been cooperative. Therefore, in order to allow the parties to continue discussions and avoid incurring significant economic expense and delay by pursuing formal litigation, the parties agree to participate in the Voluntary Dispute Resolution Program (VDRP) and enter into the following stipulations:

1. The time for Sutter Transfer Service, Inc. to answer or file a motion under Fed. R. Civ. P. 12 is extended to **March 6, 2012;**
2. The Status (Pretrial Scheduling) Conference currently set for December 19, 2011 **be continued to a date subsequent to March 6, 2012**;
3. Pursuant to Local Rule 271(b)(4) and (c)(3) that this matter be immediately referred to the Voluntary Dispute Resolution Program,
   a. The VDRP process shall be completed by **March 6, 2012,** and the neutral must file his/her confirmation of completion by **March 20, 2012.**
   b. There are no modifications or additions to the Order Setting Status (Pretrial Scheduling) Conference (Court Doc. 3) other than those set forth in this Joint Stipulation.
   c. Defendant STS has agreed to provide information to help the EEOC determine the scope of relief without formal discovery. To the extent that the information will be provided in good faith, the parties agree that all litigation activity will be stayed pending completion of the VDRP process. However, as set forth in Fed. R. Civ. P. 26(d)(1), the EEOC reserves the right to propound formal discovery as necessary to determine the proper scope of relief and without having to complete the early meeting of counsel pursuant to Fed. R. Civ. P. 26(f).

THEREFORE, in light of the foregoing, the parties stipulate to and respectfully request a 90-day continuance of the deadline to answer or file a motion under Fed. R. Civ. P. 12 from December 5, 2011 to March 6, 2012; and a continuance of the Status (Pretrial Scheduling) Conference from

December 19, 2011 to  March 19, 2012 at 2:30 p.m.  The parties shall file updated status reports fourteen (14) days prior to the status conference.  The parties will use the intervening period to negotiate in good faith to try to resolve the lawsuit, including utilizing the Court's VDRP process.

**IT IS SO STIPULATED.**

Dated:  12/2/11                                   PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION

                                                  By   /s/ Carl L. Fessenden_____
                                                          Carl L. Fessenden
                                                          Derek J. Haynes
                                                          Attorneys for Defendant

Dated:  12/2/11                                   U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                                  COMMISSION

                                                  By   /s/ Sirithon Thanasombat_(authorized on 12/1/11)
                                                          Sirithon Thanasombat
                                                          Attorney for Plaintiff U.S. Equal Employment
                                                          Opportunity Commission

**IT IS SO ORDERED.**

Dated:   December 12, 2011.


                                                  LAWRENCE K. KARLTON
                                                  SENIOR JUDGE
                                                  UNITED STATES DISTRICT COURT