**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant
SUTTER TRANSFER SERVICE, INC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
Sirithon Thanasombat, SBN 270201
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
TEL:  415.625.5671
FAX: 415.625.5657
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>v.<br><br>SUTTER TRANSFER SERVICE, INC.<br><br>   Defendant.<br>_____/ | Case No: 2:11-cv-02569-LKK-JFM<br><br>**JOINT STIPULATION AND ORDER**<br><br>Complaint Filed: 09/29/11 |

On September 29, 2011, the U.S. Equal Employment Opportunity Commission (EEOC) filed its Complaint against Sutter Transfer Service, Inc. (STS).  Sutter Transfer Service, Inc. signed the Waiver of the Service of Summons on November 8, 2011.  Before STS responded to the Complaint, the parties met and conferred and agreed to participate in the Voluntary Dispute Resolution Program (VDRP) to explore the option of an early settlement before incurring costs of continuing with formal

---
{00992632.DOC}                                                           1
**STIPULATION AND [PROPOSED] ORDER**

litigation. To that end, on December 2, 2011, the parties filed a Joint Stipulation asking the Court to refer them to VDRP and continue the deadlines for STS to respond to the Complaint and to reschedule the Status (Pretrial Scheduling) Conference. [Docket No.9] The Court granted the parties' request by Order dated December 12, 2011. [Docket No.11]

The parties selected David Cheit as their VDRP neutral. Mr. Cheit scheduled the VDRP session for February 23, 2012. The parties made significant progress during that session but were unable to reach a final resolution. The parties have agreed to continue their discussions in good faith and believe a resolution may be possible following the exchange of some additional information. The parties have agreed to produce that information informally. Mr. Cheit has agreed to continue to serve as the neutral mediator for the parties and recommended a forty-five (45) day extension. Therefore, to further settlement efforts, the parties stipulate and respectfully request that the Court:

1. Continue the deadline for the parties to complete the VDRP Process from March 6, 2012 to **April 20, 2012**;

2. Continue the deadline for STS to respond to the Complaint from March 6, 2012 to **April 20, 2012**;

3. Continue the Status (Pretrial Scheduling) Conference to **May 14, 2012 at 2:00 p.m.**; and

4. Continue the deadline for the parties to file their Joint Status Report to **April 23, 2012**.

**IT IS SO STIPULATED.**

Dated:  February 28, 2012    PORTER SCOTT
                             A PROFESSIONAL CORPORATION

                             By   /s/ Carl L. Fessenden_____
                                  Carl L. Fessenden
                                  Derek J. Haynes
                                  Attorneys for Defendant

Dated:  February 28, 2012    U.S. EQUAL EMPLOYMENT OPPORTUNITY
                             COMMISSION

                             By   /s/ Sirithon Thanasombat  (authorized on 2/28/12)
                                  Sirithon Thanasombat
                                  Attorney for Plaintiff
                                  Equal Employment Opportunity Commission

**IT IS SO ORDERED.**

Dated:   March 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT