**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant
SUTTER TRANSFER SERVICE, INC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
William R. Tamayo, SBN 084965
Jonathan T. Peck, SBN 12303 (VA)
Marcia L. Mitchell, SBN 18122 (WA)
Sirithon Thanasombat, SBN 270201
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
TEL:  415.625.5671
FAX: 415.625.5657
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SUTTER TRANSFER SERVICE, INC.<br><br>    Defendant.<br>_____/ | Case No:  2:11-cv-02569-LKK-JFM<br><br>**JOINT STIPULATION AND ORDER**<br><br>Complaint Filed:  09/29/11 |

On September 29, 2011, the U.S. Equal Employment Opportunity Commission (EEOC) filed its Complaint against Sutter Transfer Service, Inc. (STS).  Sutter Transfer Service, Inc. signed the Waiver of the Service of Summons on November 8, 2011.  Before STS responded to the Complaint, the parties met and conferred and agreed to participate in the Voluntary Dispute Resolution Program

(VDRP) to explore the option of an early settlement before incurring costs of formal litigation. To that end, on December 2, 2011, the parties filed a Joint Stipulation asking the Court to refer them to VDRP and continue the deadlines for STS to respond to the Complaint and to reschedule the Status (Pretrial Scheduling) Conference. [Docket No. 9] The Court granted the parties' request by Order dated December 12, 2011. [Docket No. 11]

The parties selected David Cheit as their VDRP neutral. Mr. Cheit scheduled the VDRP session for February 23, 2012. The parties made significant progress during that session but were unable to reach a final resolution. The parties agreed to continue their discussions in good faith after the exchange and analysis of additional information. STS provided the information requested by the EEOC on March 6, 2012. The EEOC forwarded the information to agency experts for review. The EEOC has completed its analysis of the information and will submit an update of its settlement position to the VDRP neutral, David Cheit, by April 20, 2012. Thereafter, the parties will be in a more informed position to continue their settlement discussions. To allow sufficient time to engage in those discussions and further the settlement efforts, the parties stipulate and respectfully request that the Court:

1. Continue the deadline for the parties to complete the VDRP Process from April 20, 2012 to **May 11, 2012**;

2. Continue the deadline for STS to respond to the Complaint from April 20, 2012 to **May 11, 2012**;

3. Continue the Status (Pretrial Scheduling) Conference from May 7, 2012 to **May 21, 2012;** and

4. Continue the deadline for the parties to file their Joint Status Report from April 23, 2012 to **May 16, 2012**.

**IT IS SO STIPULATED.**

Dated:  April 17, 2012            PORTER SCOTT
                                  A PROFESSIONAL CORPORATION

                                  By   /s/ Carl L. Fessenden
                                       Carl L. Fessenden
                                       Derek J. Haynes
                                       Attorneys for Defendant

Dated:  April 17, 2012								U.S. EQUAL EMPLOYMENT OPPORTUNITY
										COMMISSION

										By  /s/ Sirithon Thanasombat  (authorized on 04/17/12)
										Sirithon Thanasombat
										Attorney for Plaintiff
										U.S. Equal Employment Opportunity
										Commission

**IT IS SO ORDERED,** except that the Status (Pretrial Scheduling) Conference is continued to May 29, 2012 at 2:30 p.m.  The parties shall file their status reports 14 days prior to the status Conference.

Dated:  April 18, 2012.


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT