**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendant
SUTTER TRANSFER SERVICE, INC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
William R. Tamayo, SBN 084965
Jonathan T. Peck, SBN 12303 (VA)
Marcia L. Mitchell, SBN 18122 (WA)
Sirithon Thanasombat, SBN 270201
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
TEL:  415.625.5671
FAX:  415.625.5657
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No:  2:11-cv-02569-LKK-JFM |
| Plaintiff, | **JOINT STIPULATION AND ORDER** |
| v. | |
| SUTTER TRANSFER SERVICE, INC. and FIVEWAY, LLC | Complaint Filed:  09/29/12<br>First Amended Complaint Filed:   05/10/12 |
| Defendants._____/ | |

The U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") filed a First Amended Complaint on May 10, 2012, naming, for the first time, FIVEWAY, LLC (hereinafter

{01038701.DOC}                                1
**STIPULATION AND [PROPOSED] ORDER**

"FIVEWAY") as an additional Defendant to this action.[1] [Docket No. 17] Since that time, the parties have resumed previously suspended settlement discussions with an eye towards resolving this matter without formal court intervention. The parties have made significant progress with those discussions. However, a final and complete agreement has not been reached. The parties are still working towards that end. To allow the parties sufficient time to engage in those discussions and further the settlement efforts, the parties hereby stipulate and respectfully request that the Court continue the deadline for FIVEWAY to respond to the First Amended Complaint.  Doing so will further the parties' settlement efforts by allowing FIVEWAY to focus its limited resources on resolving this matter rather than incurring the legal costs associated with challenging this matter at the pleadings stage. Therefore, the parties stipulate and respectfully request that the Court:

    1.    Continue the deadline for FIVEWAY, LLC to respond to the First Amended Complaint to **August 10, 2012**.

**IT IS SO STIPULATED.**

Dated:  July 19, 2012                    PORTER SCOTT
                                        A PROFESSIONAL CORPORATION

                                        By   /s/ Derek J. Haynes_____
                                              Carl L. Fessenden
                                              Derek J. Haynes
                                              Attorneys for Defendant
                                              FIVEWAY, LLC

Dated:  July 19, 2012                    U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                        COMMISSION

                                        By   /s/ Sirithon Thanasombat (authorized on 7/19/12)
                                              Sirithon Thanasombat
                                              Attorney for Plaintiff
                                              U.S. EQUAL EMPLOYMENT
                                              OPPORTUNITY COMMISSION

---

[1] Co-Defendant Sutter Transfer Service, Inc, filed its Answer to the First Amended Complaint.

1  **IT IS SO ORDERED.**

3  Dated:   July 20, 2012.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```