**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mails: cfessenden@porterscott.com; dhaynes@porterscott.com
Attorneys for Defendant
SUTTER TRANSFER SERVICE, INC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
William R. Tamayo, SBN 084965
Jonathan T. Peck, SBN 12303 (VA)
Marcia L. Mitchell, SBN 18122 (WA)
Sirithon Thanasombat, SBN 270201
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
TEL:   415.625.5671
FAX:  415.625.5657
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff,<br><br>v.<br><br>SUTTER TRANSFER SERVICE, INC. and FIVEWAY, LLC<br><br>    Defendants.<br>_____/ | Case No:  2:11-cv-02569-LKK-JFM<br><br>**JOINT STIPULATION AND ORDER**<br><br>Complaint Filed:  09/29/12<br>First Amended Complaint Filed:   05/10/12 |

The U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") filed a First Amended Complaint on May 10, 2012, naming, for the first time, FIVEWAY, LLC (hereinafter

---

{01044551.DOC}                                       1
**JOINT STIPULATION AND [PROPOSED] ORDER**

"FIVEWAY") as an additional Defendant to this action.[1] [Docket No. 17] Since that time, the parties have resumed previously suspended settlement discussions with an eye towards resolving this matter without formal court intervention. The parties have made significant progress with those discussions. However, a final and complete agreement has not been reached. The parties are still working towards that end. To allow the parties sufficient time to complete those discussions and further the settlement efforts, the parties hereby stipulate and respectfully request that the Court continue the deadline for FIVEWAY to respond to the First Amended Complaint.  Doing so will further the parties' settlement efforts by allowing FIVEWAY to focus its limited resources on resolving this matter rather than incurring the legal costs associated with challenging this matter at the pleadings stage. Therefore, the parties stipulate and respectfully request that the Court:

   1.   Continue the deadline for FIVEWAY, LLC to respond to the First Amended Complaint to **August 30, 2012**.

**IT IS SO STIPULATED.**

Dated:  August 9, 2012        PORTER SCOTT
                              A PROFESSIONAL CORPORATION


                              By   /s/ *Derek J. Haynes*
                                    Carl L. Fessenden
                                    Derek J. Haynes
                                    Attorneys for Defendant
                                    FIVEWAY, LLC


Dated:  August 9, 2012        U.S. EQUAL EMPLOYMENT OPPORTUNITY
                              COMMISSION


                              By   /s/ *Sirithon Thanasombat* (authorized on 8/9/12)
                                    Sirithon Thanasombat
                                    Attorney for Plaintiff
                                    U.S. EQUAL EMPLOYMENT
                                    OPPORTUNITY COMMISSION

---

[1] Co-Defendant Sutter Transfer Service, Inc. filed its Answer to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:  August 10, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT