**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mails:  cfessenden@porterscott.com; dhaynes@porterscott.com
Attorneys for Defendant
SUTTER TRANSFER SERVICE, INC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
William R. Tamayo, SBN 084965
Jonathan T. Peck, SBN 12303 (VA)
Marcia L. Mitchell, SBN 18122 (WA)
Sirithon Thanasombat, SBN 270201
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
TEL:   415.625.5671
FAX:  415.625.5657
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No:  2:11-cv-02569-LKK-JFM |
| Plaintiff, | **JOINT STIPULATION AND ORDER** |
| v. | |
| SUTTER TRANSFER SERVICE, INC. and FIVEWAY, LLC | Complaint Filed:  09/29/12<br>First Amended Complaint Filed:   05/10/12 |
| Defendants.<br>_____/ | |

The U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") filed a First Amended Complaint on May 10, 2012, naming, for the first time, FIVEWAY, LLC (hereinafter

{01054482.DOCX}                                                                        1
**JOINT STIPULATION AND [PROPOSED] ORDER**

"FIVEWAY") as an additional Defendant to this action.[1] [Docket No. 17] Since that time, the parties have resumed settlement discussions and have reached an agreement in principle. The parties have exchanged draft copies of a consent decree. To allow the parties sufficient time to complete that process and to avoid incurring unnecessary litigation costs, the parties hereby stipulate and respectfully request that the Court continue the deadline for FIVEWAY to respond to the First Amended Complaint. Therefore, the parties stipulate and respectfully request that the Court:

1. Continue the deadline for FIVEWAY, LLC to respond to the First Amended Complaint to **October 19, 2012**.

**IT IS SO STIPULATED.**

Dated:  August 29, 2012                             PORTER SCOTT
                                                    A PROFESSIONAL CORPORATION


                                                    By  /s/ *Derek J. Haynes*
                                                        Carl L. Fessenden
                                                        Derek J. Haynes
                                                        Attorneys for Defendant
                                                        FIVEWAY, LLC


Dated:  August 28, 2012                             U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                                    COMMISSION


                                                    By  /s/ *Sirithon Thanasombat* (authorized on 8/28/12)
                                                        Sirithon Thanasombat
                                                        Attorney for Plaintiff
                                                        U.S. EQUAL EMPLOYMENT
                                                        OPPORTUNITY COMMISSION

---

[1] Co-Defendant Sutter Transfer Service, Inc. filed its Answer to the First Amended Complaint.

{01054482.DOCX}                                     2
**JOINT STIPULATION AND [PROPOSED] ORDER**

**IT IS SO ORDERED.**

Dated: August 31, 2012.

```
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```