**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek J. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
E-mails:  cfessenden@porterscott.com; dhaynes@porterscott.com
Attorneys for Defendant
SUTTER TRANSFER SERVICE, INC.

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
William R. Tamayo, SBN 084965
Jonathan T. Peck, SBN 12303 (VA)
Marcia L. Mitchell, SBN 18122 (WA)
Sirithon Thanasombat, SBN 270201
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
TEL:   415.625.5671
FAX:  415.625.5657
Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No:  2:11-cv-02569-LKK-JFM |
| Plaintiff, | **JOINT STIPULATION AND ORDER** |
| v. | |
| SUTTER TRANSFER SERVICE, INC. and FIVEWAY, LLC | Complaint Filed:  09/29/12<br>First Amended Complaint Filed:   05/10/12 |
| Defendants.<br>_____/ | |

The U.S. Equal Employment Opportunity Commission (hereinafter "EEOC") filed a First Amended Complaint on May 10, 2012, naming, for the first time, FIVEWAY, LLC (hereinafter

"FIVEWAY") as an additional Defendant to this action.[1] [Docket No. 17] Thereafter, the parties filed a Joint Stipulation asking the Court to continue the deadline for FIVEWAY to respond to the First Amended Complaint so the parties could resume settlement discussions in hopes of resolving the matter without incurring potentially unnecessary fees and costs associated with responding to the First Amended Complaint. The Court granted that request by Order dated September 4, 2012. [Docket No.31] Pursuant to that Order, FIVEWAY's response to the First Amended Complaint is due on October 19, 2012.

Since that time, the parties have reached an agreement in principle that will resolve this matter in its entirety. The consent decree is being finalized and should be on-file shortly. Thereafter, the parties will file the requisite dispositive documents. To allow the parties sufficient time to complete that process and to avoid incurring unnecessary litigation costs, the parties hereby stipulate and respectfully request that the Court continue the deadline for FIVEWAY to respond to the First Amended Complaint. Therefore, the parties stipulate and respectfully request that the Court:

1. Continue the deadline for FIVEWAY, LLC to respond to the First Amended Complaint to **November 16, 2012**.

**IT IS SO STIPULATED.**

Dated:  October 16, 2012               PORTER SCOTT
                                       A PROFESSIONAL CORPORATION

                                       By  /s/ *Derek J. Haynes*_____
                                            Carl L. Fessenden
                                            Derek J. Haynes
                                            Attorneys for Defendant
                                            FIVEWAY, LLC


Dated:  October 16, 2012               U.S. EQUAL EMPLOYMENT OPPORTUNITY
                                       COMMISSION

                                       By  /s/ Marcia L. Mitchell (authorized 10/16/12)
                                            Marcia L. Mitchell
                                            Attorney for Plaintiff
                                            U.S. EQUAL EMPLOYMENT
                                            OPPORTUNITY COMMISSION

---

[1] Co-Defendant Sutter Transfer Service, Inc. filed its Answer to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated:   October 23, 2012.

                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT